■ In the Matter of CARLOS R., a Person Alleged to be a Juvenile Delinquent, Appellant. [909 NYS2d 635]—

Order of disposition, Family Court, Bronx County (Robert R. Reed, J.), entered on or about October 14, 2009, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed an act which, if committed by an adult, would constitute the crime of public lewdness, and placed him on probation for a period of 18 months, unanimously affirmed, without costs.

The allegations in the petition and the evidence were both sufficient to establish the "lewd manner" element of public lewdness (Penal Law § 245.00) in that appellant did not merely expose his private parts, but did so in an offensive manner (*see Matter of Tyrone G.*, 74 AD3d 671 [2010]). Concur—Tom, J.P., Saxe, Moskowitz, DeGrasse and Abdus-Salaam, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIN B. GARCIA, Appellant. [915 NYS2d 512]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (John N. Byrne, J.), rendered on or about October 14, 2008, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Saxe, Moskowitz, DeGrasse and Abdus-Salaam, JJ.